IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON COLLURA, <br>     *Plaintiff*, <br>         v. <br> DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA, *et al.*, <br>     *Defendants*. | CIVIL ACTION <br><br> NO. 11-5637 |

**ORDER**

**AND NOW**, this 20th day of August, 2013, upon consideration of Defendant Mark Maguire's Motion to Dismiss (Docket No. 7), Plaintiff's response thereto (Docket No. 12), Defendants' The Disciplinary Board of the Supreme Court of Pennsylvania, Donna M. Snyder, and Paul Burogyne's Motion to Dismiss (Docket No. 8), and Plaintiff's response thereto (Docket No. 13), it is hereby **ORDERED** that:

1. Defendants' Motions (Docket Nos. 7, 8) are **GRANTED**;
2. Plaintiff's Motion for Summary Judgment (Docket No. 11) is **DENIED**;
3. Plaintiff's claims are **DISMISSED** with prejudice; and
4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE